✎ AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| **ANDREW JEROSIS GLOVER** | ) Case No: 3:97cr128-01/RV |
| | ) USM No: 04290-017 |
| Date of Previous Judgment: April 15, 1998 | ) Randolph Murrell, Federal Public Defender |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  DENIED.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 33 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 210 to 262 months | Amended Guideline Range: | 168 to 210 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction.

**III. ADDITIONAL COMMENTS**
Defendant Glover was subject to a mandatory minimum sentence of Life imprisonment, and is ineligible for a sentence reduction. See United States v. Williams, 549 F.3d 1337, 1342 (11th Cir. 2008).

Except as provided above, all provisions of the judgment dated 4/15/1998 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: June 17, 2009
/s/ *Roger Vinson*
Judge's signature

Effective Date: _____
(if different from order date)

Roger Vinson, Senior United States District Judge
Printed name and title