# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                      CASE NO. 3:97cr128/RV

ANDREW JEROSIS GLOVER, JR.

### REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   August 28, 2008

Motion/Pleadings:   Supplemental Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582 (c)(2)

Filed by   Defendant        on  7/11/2008 and 8/21/2008        Doc.#   225 and 229

RESPONSES:

                                   on               Doc.#
                                   on               Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

                                 s/Jerry Marbut

LC (1 OR 2)                  Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  17th  day of   June  , 2009, that:*

*(a) The relief requested is DENIED.*
*(b) See separate order (AO247).*

                                         /s/ *Roger Vinson*
                                          *ROGER VINSON*
                             *Senior United States District Judge*